B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| James Michael Addison | : Case No.: 14-07857 |
| Regina Ann Addison | : Chapter 13 |
| | : Judge Robyn L. Moberly |
| Debtor. | : * * * * * * * * * * * * * * * * * * * * |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
Name of Transferee

HSBC MORTGAGE SERVICES, INC.
Name of Transferor

Name and Address where notices to Transferee should be sent:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Phone: (800)258-8602
Last four Digits of Acct #: 8010

Name and Address where Transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City UT 84165-0450

Phone: (800)258-8602
Last four Digits of Acct #: 8010

Court claim # (if known): 7-1
Amount of Claim
   Total Debt: $78,205.00
   Arrearage Portion:  $6,693.68
Date Claim Filed: November 6, 2014

Phone:
Last Four Digits of Acct. #: 5002

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:     /s/ Sarah E. Barngrover           Dated: June 26, 2017

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

17-022420_AMG2