UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

NTCTRC (rev 09/2014)

In re:

**James Michael Addison**,                                           Case No. **14–07857–RLM–13**
**Regina Ann Addison**,
                    Debtors.

## NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim #15 was filed on April 4, 2019, by Ocwen Loan Servicing LLC and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by April 25, 2019.

Dated:  April 5, 2019                                Kevin P. Dempsey
                                                       Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of Indiana

In re:  James Michael Addison And Regina Ann Addison          Case No.  14-07857-RLM-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PHH Mortgage Corporation | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PHH Mortgage Corporation
Bankruptcy Department
1Mortgage Way, Mail Stop SV-22
Mt. Laurel, NJ 08054

Phone:    (888) 554-6599

Email:    BKTrusteeQueries@ocwen.com

Last Four Digits of Acct #:  5875

Court Claim # (if known):  15-3

Amount of Claim:  $81389.18

Date Claim Filed:  06/27/2018

Phone:    (888) 554-6599

Email:    BKTrusteeQueries@ocwen.com

Last Four Digits of Acct #:  7086

Name and Address where transferee payments should be sent (if different from above):

PHH Mortgage Corporation
P. O. Box 371458
Pittsburgh, PA 15250-7458

Phone:    (888) 554-6599

Last Four Digits of Acct #:  5875

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _~Maif Aul_~     Marilyn Solivan   Date:  April 4th 2019
Transferee/Transferee's Agent

By Ocwen Loan Servicing LLC as Contract Management Coordinator
authorized agent for PHH Mortgage Corporation

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.