# Notice Recipients

District/Off: 0756–1 | User: admin | Date Created: 4/5/2019
Case: 14–07857–RLM–13 | Form ID: ntctrc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
13586404   Ocwen Loan Servicing,LLC   Attn: Bankruptcy Department   P.O. Box 24605   West Palm Beach, FL 33416–4605

TOTAL: 1