**Fill in this information to identify the case**

**Debtor 1** James Michael Addison

**Debtor 2** Regina Ann Addison
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** SOUTHERN **District of** INDIANA
                                                                                    **(State)**
**Case number** 14-07857

# Form 4100R
## Response to Notice of Final Cure Payment                                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 , by and through its mortgage servicing agent Select Portfolio Servicing, Inc.,

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:  8010

**Property address:** 7820 Deer Drive
                              Number            Street

Nineveh  IN  46164
City                         State        Zip Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     05/01/2019
                                                                                            MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                                          (a) $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:                       (b) $_____

c.  Total. Add lines a and b.                                                                                        (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:     ___/___/____
                                                                                                               MM/DD/YYYY

17-022420_WRP

Debtor 1     James Michael Addison
        First Name      Middle Name      Last Name

Case number (if known) 14-07857

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Sarah E. Barngrover
    Signature

Date  May 1, 2019

Print:   Sarah E. Barngrover

Title  Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
      Number      Street

  Columbus, OH  43216-5028
  City         State      ZIP Code

Contact phone   614-220-5611

Email   amps@manleydeas.com

17-022420_WRP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

Ann M. DeLaney, Office of Ann M. Delaney, PO Box 441285, Indianapolis, IN  46244, ECFdelaney@trustee13.com

Mark S. Zuckerberg, Attorney for James Michael Addison and Regina Ann Addison, 429 N Pennsylvania St, Suite 100, Indianapolis, IN  46204, filings@mszlaw.com

and on the below listed parties by regular U.S. mail, postage prepaid on May  01 , 2019:

James Michael Addison and Regina Ann Addison, 7820 Deer Drive, Nineveh, IN  46164

/s/ Sarah E. Barngrover

17-022420_WRP